# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Anthony Moore

                          Plaintiff,

v.                                                    Case No.: 1:26–cv–00703
                                                      Honorable Manish S. Shah

Hyatt Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2026:

     MINUTE entry before the Honorable Manish S. Shah: Plaintiff's response to the motion to dismiss is due 6/5/26 and defendant may reply by 6/22/26. The court will rule by cm/ecf and discovery is stayed pending a ruling. The motion to seal [20] is granted (although the court warns the parties that business confidentiality is not a reason to seal information that is relevant and material to the court's decisionmaking). The stipulated protective order [23] is approved. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.